**Dismissed and Memorandum Opinion filed October 6, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-01062-CV

## IN THE MATTER OF M.A.B.

**On Appeal from the County Court at Law No 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-CJV-016634**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order of transfer to the Institutional Division of the Texas Department of Criminal Justice signed November 5, 2015. The reporter's record was filed on March 4, 2016. The clerk's record was filed March 18, 2016. No brief was filed.

On June 28, 2016, this court issued an order stating that unless appellant submitted a brief on or before July 19, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Busby, Donovan, and Brown.